AO 450 (Rev. 01/09) Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Northern District of Illinois

| | | |
|---|---|---|
| GHALEB AZROUI | ) | |
| *Plaintiff* | ) | |
| v. | ) | Civil Action No. 12 C 280 |
| E TRADE SERVICES | ) | |
| *Defendant* | ) | |

**JUDGMENT IN A CIVIL ACTION**

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($ _____ ), which includes prejudgment interest at the rate of _____ %, plus postjudgment interest at the rate of _____ %, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____ .

X other: Plaintiff's motion to vacate the arbitration award is denied.

This action was *(check one)*:

☐ tried by a jury with Judge _____ presiding, and the jury has rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision was reached.

X decided by Judge Robert W. Gettleman on a motion for vacation of an arbitration award.

Date: May 4, 2012

Thomas Bruton, *CLERK OF COURT*

/s/ George D. Schwemin

*Signature of Clerk or Deputy Clerk*